**Transferred case has been opened**
cmecfbb   to: InterdistrictTransfer_NVD            05/25/2016 09:58 AM

```
CASE: 3:16-cv-00152

DETAILS: Case transferred from Nevada
has been opened in District of New Mexico - Version 6.1
as case 1:16-cv-00478, filed 05/25/2016.
```